IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

TANYA GILBERT,

    Plaintiff,

vs.                                                       Docket No. 2:12-cv-02837-SHM-cgc

NATIONWIDE PROPERTY & CASUALTY
INSURANCE COMPANY

    Defendant.

## ORDER GRANTING MOTION TO AMEND ANSWER

Before the Court is defendant's December 12, 2012 motion for leave to amend its Answer. For good cause shown, the motion is granted and defendant shall file its Amended Answer forthwith.

SO ORDERED this 30th day of January, 2013.

                                                           *s/ Samuel H. Mays, Jr.*
                                                           SAMUEL H. MAYS, JR.
                                                            UNITED STATES DISTRICT JUDGE