IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

TANYA GILBERT,

    Plaintiff,

vs.       Docket No. 2:12-cv-02837-SHM-cgc

NATIONWIDE PROPERTY AND
CASUALTY INSURANCE COMPANY,

    Defendant.

### STIPULATION OF DISMISSAL

All parties to this action, having resolved all of the matters in dispute by compromise and settlement, hereby stipulate to the dismissal of all claims asserted in this action with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure. Each party shall bear its own costs. Any remaining court costs shall be assessed against Nationwide.

    Respectfully submitted,

    BAKER, DONELSON, BEARMAN,
    CALDWELL & BERKOWITZ, PC

    By:  /s/ Steven W. King
        Bruce A. McMullen (#18126)
        Steven W. King (#25506)
        First Tennessee Building
        165 Madison Ave., Suite 2000
        Memphis, TN 38103
        901.526.2000
        bmcmullen@bakerdonelson.com
        sking@bakerdonelson.com

    *Attorneys for Nationwide Property and Casualty Insurance Company*

                                        By:  /s/ R. Sadler Bailey
                                                  R. Sadler Bailey (#11230)
                                                  Nicole Gibson Davison (#24442)
                                                  6256 Poplar Avenue
                                                  Memphis, TN 38119
                                                  901.680.9777
                                                  sbailey@baileygreer.com
                                                  ndavidson@baileygreer.com

                                      *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this 14th day of February, 2013, a copy of the foregoing was electronically filed and served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party:

                R. Sadler Bailey
                John Zuck
                Nicole Gibson Davison
                6256 Poplar Avenue
                Memphis, TN 38119


                                                      /s/ Steven W. King