UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**TANYA GILBERT,**

    **Plaintiff,**

**V.**     **NO. 12-2837-Ma**

**NATIONWIDE PROPERTY AND**
**CASUALTY INSURANCE COMPANY,**

    **Defendant.**

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice in accordance with the Order of Dismissal, docketed February 14, 2013.  Each party shall bear its own costs. Any remaining costs shall be assessed against Defendant.

**APPROVED:**

  *s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

 *February 14, 2013*             THOMAS M. GOULD
DATE                          CLERK

                          *s/  Zandra Frazier*
                          (By) DEPUTY CLERK